**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed September 12, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00170-CV

---

## DENNIS W. RICHARDSON, Appellant

### V.

## KESHIA LANG, Appellee

---

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2018-46992**

---

### MEMORANDUM OPINION

This is an appeal from an order signed September 5, 2018. On August 30, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.